## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LAWYERS FUNDING GROUP, LLC     :    No. 484 EAL 2021
:
:
:
v.     :    Petition for Allowance of Appeal
:    from the Order of the Superior Court
:
JOHN MARTUCCI, JR., ESQ., MARTUCCI    :
LAW OFFICES, LLC., STEVEN F.    :
MARINO, AND MARINO & ASSOCIATES,    :
PC    :
:
:
:
PETITION OF: JOHN MARTUCCI, JR.,    :
ESQ., AND MARTUCCI LAW OFFICES,    :
LLC

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.